**FILED**
CLERK, U.S. DISTRICT COURT

10/26/2021

**CENTRAL DISTRICT OF CALIFORNIA**
BY: \_\_\_\_DM\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ADAN TAPIA, JR.,<br><br>　　　　Defendant. | CR 2:21-cr-00502-SVW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 111(a)(1): Assault on a Federal Employee; 18 U.S.C. §§ 2261A(2)(B), 2261(b)(5): Stalking] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 111(a)(1)]

On or about November 3, 2018, in Los Angeles County, within the Central District of California, defendant ADAN TAPIA, JR., intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Y.S., a uniformed employee of the United States Postal Service, and in doing so made physical contact with Y.S., while Y.S. was engaged in the performance of Y.S.'s official duties.

COUNT TWO

[18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)]

1. Beginning on or before June 29, 2017, and continuing to on or about February 13, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant ADAN TAPIA, JR., with the intent to harass and intimidate Y.S., used facilities of interstate commerce, including cellular telephone networks, electronic mail ("email"), text messages, interstate wires, the United States Postal Service, and the Internet, to engage in a course of conduct, described in paragraph 2 below, that caused, attempted to cause, and would have been reasonably expected to cause, substantial emotional distress to Y.S. and Y.S.'s immediate family members.

2. Defendant TAPIA's course of conduct included, among other things, the following:

    a. Between on or about before June 29, 2017, and continuing to on or about February 13, 2019, defendant TAPIA, using cellular telephone networks, email, text messages, interstate wires, and the Internet, contacted Y.S., despite being told not to contact Y.S. and in violation of the restraining order Y.S. filed against defendant TAPIA that was issued on August 30, 2017.

    b. On or about June 29, 2017, defendant TAPIA brought flowers for Y.S. to the La Mirada Post Office where Y.S. worked.

    c. On or about July 17, 2018, defendant TAPIA went to Y.S.'s residence and left several documents with Y.S.'s mother.

    d. On or about July 22, 2018, defendant TAPIA went to Y.S.'s residence and got into an argument with Y.S.'s husband, A.B., who told defendant TAPIA to get off the property.

   e. On or about August 3, 2017, defendant TAPIA followed Y.S. while Y.S. was delivering mail.

   f. On or before October 31, 2017, defendant TAPIA sent Y.S. a parcel from defendant TAPIA through the United Stated Postal Service.  The contents included chocolates, a cell phone, and a stuffed animal.  Y.S. notified Whittier Police of this restraining order violation.

   g. On or about November 3, 2018, defendant TAPIA assaulted Y.S. while Y.S. was delivering mail.

   h. Between on or about April 11, 2018, and continuing to on or about November 11, 2018, defendant TAPIA called Y.S. on Y.S.'s cellular telephone more than 182 times, even though defendant TAPIA's number was blocked by Y.S.'s cellular telephone.  Then defendant TAPIA began calling and texting Y.S. from different phone numbers so that he would not be blocked by Y.S.'s cellular phone.  Defendant TAPIA left voicemail messages on Y.S.'s cellular phone, including the following:

   i. On or about July 19, 2018, defendant TAPIA said, "I just want my restraining order off. . . . I'll see you Monday.  At La Mirada [where Y.S. works.]"

   ii. On or about August 18, 2018, defendant TAPIA said, "I'm gonna drop everything on your fuckin' birthday with a big ass fuckin' cardboard box, with my fuckin' address, so your husband can fuckin' drop it off at my fuckin' house.  Because I'm not going to fight him in front of his fucking kids."

   iii. On or about September 7, 2018, defendant TAPIA said, "[Y]ou're so fuckin' sensitive that you keep adding

3

motherfuckers on social media like they're gonna save your life. . . . I'm gonna fuckin' blow up your voicemail again."

   i. Starting on or before September 9, 2018, and continuing to an unknown date, defendant TAPIA made fake Instagram accounts for Y.S., including ones titled "[Y.]69lovesdick" and ""godbless[Y.]love."  Defendant TAPIA used Y.S.'s name and pictures on the fake Instagram accounts and included descriptions such as "I like talking about sex" and "I'm a horny girl."

   j. In violation of a restraining order issued on August 30, 2017, defendant TAPIA continued to call Y.S. and send text messages and emails to Y.S. on or about the following dates, sometimes sending multiple messages a day:  November 3, 2017; February 7, 20, and 21, 2018; March 22, 2018;  May 28, 2018; June 3, 8, 9, 11, and 28, 2018; July 12, 19, and 26, 2018; August 17, 18, and 27, 2018; September 10, 24, and 27, 2018; and October 13, 22, and 27, 2018.  These include the following messages:

    i. On or about February 20, 2018, defendant TAPIA wrote in an email to Y.S., "[I]f you call the policed on me and don't open the box i will tell your postmaster about you and i and show her videos on your pussy and she will know that we had contact after the restraining order and that your adding co workers to social media, open the box and call me to make peace."

    ii. On or about June 3, 2018, defendant TAPIA texted Y.S., "[W]hat I didn't like about you is the way you lie . . . [I] hope you don't get STDs by sleeping with different guys."

    iii. On or about June 9, 2018, defendant TAPIA texted Y.S., "Look I get im [sic] mean person to you . . . I just want the restraining order [off]."

4

          iv.  On or about August 17, 2018, defendant TAPIA texted Y.S., "I hope you get a bunch of dicks in your mouth like you want."

     k.  Between November 2018 and February 2019, defendant TAPIA continued to call Y.S. and send text messages and emails to Y.S., sometimes sending multiple messages a day, including on or about the following dates: November 3 and 6, 2018; December 15 and 21, 2018; January 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, and 31, 2019; and February 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, and 11, 2019.  These messages included the following:

          i.  On or about December 15, 2018, defendant TAPIA wrote in an email to Y.S., "I want to fuck the shit out of you still, your so beautiful you make my cock so wet n horny still, Id love to suck your tits n eat out that pussy."

          ii.  On or about January 29, 2019, defendant TAPIA emailed Y.S. and told Y.S. that that he was going to go to where Y.S. worked at the La Mirada Post Office.  Defendant TAPIA titled the email "Look I'm coming to La Mirada tomorrow," and wrote, "Your either going to suck my dick tomorrow when I come to La Mirada or your going to loose a lot of money by calling the police . . ."

          iii. On or about January 11, 12, 13, 14, 16, 19, 20, 21, and 22, 2019, and February 10, 2019, defendant TAPIA emailed photographs of his penis to Y.S., sometimes multiple times in a day.

          iv.  On or about January 13, 2019, defendant TAPIA emailed to Y.S., "I'm just horny in want to suck your tits" and "you make cock horny and ready to cum all the time."

    v. On or about January 23, 2019, defendant TAPIA emailed a video of himself masturbating to Y.S. and wrote, "Sorry I couldn't cum, I'll try again tomorrow morning I promise, I'll drink a lot of water before I take the video, but I'll cum for you I promise I will cum for you soon . . . ."

    vi. On or about February 6, 2019, defendant TAPIA emailed Y.S. and wrote, "I . . . would love to have crazy sex with you and suck the living shit out of your beautiful tits that make me so horny, I would probably cum all over them In seconds . . ."

    vii. On or about February 7, 2019, defendant TAPIA emailed Y.S. and wrote, "I'm sure [your children] would never want to loose you, your . . . beautiful tits and tight pussy that I want to lick and stick my dick in it until I cum deep inside in make you feel good and give your the best orgasm the make your pussy wet with dripping of your own cum and make you feel sexy ass fuck . . . I'm trying to make you brake . . ."

//
//
//
//
//
//
//
//
//
//
//
//

viii.    On or about February 8, 2019, defendant TAPIA emailed Y.S. and wrote, "I dont give a shit If you block [me] I have different accounts . . . you can go to the police in just report me for stalking you on Instagram, but . . . I was 10 steps ahead of everybody . . . ."

                                        A TRUE BILL


                                            /S/
                                        Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

GREGORY BERNSTEIN
Assistant United States Attorney
General Crimes Section