UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:21-cr-00502-SVW | Date | January 3, 2022 |
|---|---|---|---|

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Paul M. Cruz | Pat Cuneo | Kyle W. Kahan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Adan Tapia, Jr. | | X | X | Waseem Salahi, DFPD | | X | X |

**Proceedings:**   EX PARTE APPLICATION for Protective Order Filed by Plaintiff [18]

Hearing held. The application is granted. The government is ordered to submit a revised proposed protective order.

|  | : | 04 |
|---|---|---|
|  | Initials of Deputy Clerk | PMC |

cc:  USPO
    USM
    PSLA